# Katten

**525 W. Monroe Street**
**Chicago, IL  60661-3693**
**+1.312.902.5200 tel**
**katten.com**

PETER G. WILSON
peter.wilson@katten.com
+1.312.902.5649 direct
+1.312.902.1061 fax

September 17, 2024

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Davitt v. UBS Financial Services Inc.*, No. 1:24-cv-06354-GHW-GWG
*Goldsmith v. UBS Financial Services Inc.*, No. 1:24-cv-06692-GHW-GWG

Dear Judge Gorenstein:

I write on behalf of UBS Financial Services Inc. ("UBS") regarding two recently filed matters pending before Your Honor: *Davitt v. UBS Financial Services Inc.*, No. 1:24-cv-06354, and *Goldsmith v. UBS Financial Services Inc.*, No. 1:24-cv-06692. UBS was served with the complaint in *Goldsmith* on August 28, 2024, and its deadline for responding to that complaint is September 18, 2024. It has not yet been served with the complaint in *Davitt*. Judge Woods has accepted the two cases as related.

To avoid burdening the Court and the parties with unnecessary work, UBS respectfully requests that the Court stay the deadline for UBS to answer the complaints in *Davitt* and *Goldsmith* until the Court has appointed lead counsel in these matters, at which time the parties will propose a schedule for filing a consolidated amended complaint and responsive pleadings. This is UBS's first request for an extension of time. Plaintiffs, however, reserve their rights to request that the Court lift the stay.

Counsel for all plaintiffs have authorized us to indicate that the plaintiffs do not oppose this request. If satisfactory to the Court, UBS respectfully requests that the Court so-order this letter.

Sincerely,

/s/

Peter G. Wilson


cc: All Counsel of Record (by ECF)